**Order entered February 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00704-CV

### CTMGT FRISCO 113, LLC, Appellant

### V.

### ONCOR ELECTRIC DELIVERY COMPANY, LLC, ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01359-2014**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **REINSTATE** this appeal.

We **DENY** appellee Oncor Electric Delivery Co., LLC's January 26, 2015 motion to extend the stay.

We **GRANT** appellee Oncor Electric Delivery Co., LLC's December 19, 2014 second supplemental motion for judicial notice of filings and its January 26, 2015 third supplemental motion for judicial notice of filings.

We **GRANT** appellant's December 4, 2014 unopposed motion for an extension of time to file a reply brief. Appellant's reply brief is due **TWENTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE